MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: 775.440.2373
Facsimile: 775.440.2376

*Attorneys for Defendant,*
*Caesars Enterprise Services, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSA CASTRO,<br><br>               Plaintiff,<br><br>   vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC;<br>and DOES 1-20, inclusive,<br><br>             Defendants. | Case No.:   2:26-cv-00945-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant, Caesars Enterprise Services, LLC ("Defendant"), by and through their counsel, Ogletree Deakins, and Plaintiff Rosa Castro ("Plaintiff"), through her counsel, Freiman Legal and Martin Law, hereby stipulate and request that Defendant have an extension up to and including May 15, 2026, in which to file its response to Plaintiff's Complaint (ECF No. 1). The present deadline for Defendant to file its response is April 30, 2026.  This is the parties' first request for an extension of time for Defendant to file its response.

Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, and not for purposes of delay.  Good cause exists to extend the response deadline.  Therefore, the parties respectfully request an extension of time up to

///

- 1 -

and including May 15, 2026 for Defendant to file its response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 29th day of April, 2026.

FREIMAN LEGAL

By: _/s/ Lawrence W. Freiman__
Lawrence W. Freiman
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401

*Attorneys for Plaintiff*

DATED this 29th day of April, 2026.

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By: */s/ Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
200 South Virginia Street, 8th Floor
Reno, Nevada 89501

*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___April 29, 2026_____

   90214353.v1-OGLETREE